U.S. DISTRICT COURT

DISTRICT OF COLORADO
At Denver

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 18 2018**

JEFFREY P. COLWELL
CLERK

UNITED STATES,
        PLAINTIFF

v.

Craig R. Walcott,
        Defendant.

) No. **18-cr-28-RM**
)
) **Mandatory Judicial Notice And**
) **2nd Offer Of Proof**
)
)

---

## Mandatory Judicial Notice And Offer Of Proof

The Court is incomplete, the DOJ lacks jurisdiction over the alleged offense.

Once challenged, jurisdiction must be proven:

Defendant provided evidence from the Orth case on the 2nd circuit which proved the DOJ can not prove jurisdiction in Defendant's motions. No one has come forward to prove him wrong that,

1) There is no statute that names defendant under 26 USC 1.1, only in regulation is he mentioned
2) Nothing makes Defendant liable under 26 USC
3) Sec 83 reads **ANY** money or property paid is a cost.

Their misrepresentation stunt is intentional, it is a violation of the 16th amendment, their only rebuttal is to cry "frivolous" when in fact Defendant's motions are not his own words but rather only what the courts have said in case law and Superior Court findings, are the courts "frivolous" in the mind of the DOJ ?

Jurisdiction has been challenged and no one has responded. The Dept. of Justice has had weeks to show a statute that names the Defendant and has not produced one scintilla of evidence, there is none on the record, No statute, No offense, No jurisdiction.

By asserting an alleged tax deficiency the DOJ moved cost and exempted property into profit, a stunt which the executive branch did without the force of law and in violation of the 16th Amendment. The IRS is intentionally demanding more sums than Defendant owes, which makes this no more than **extortion and racketeering!** . No deficiency, No offense, No jurisdiction.

Once challenged, proof of jurisdiction is a burden upon the party asserting it. [1]

See KVOS v. Associated Press, 299 U.S. 269, 57 S.Ct. 197, 200, 31 L.Ed. 183 (1936): "…[w]here the allegations…are challenged by the defendant in an appropriate manner, the plaintiff must support them

by competent proof." Also - "[I]t is now settled that when there is an issue as to the sufficiency of jurisdictional amount, the burden of proving jurisdiction is on the party asserting it. City of Lauden, Okla. v. Chapman, 257 F.2d 601 (10th Cir.); McNutt v. General Motors Acceptance Corp., 289 U.S. 178, 56 S.Ct. 780, 80 L.Ed. 1135. Further more, statutes conferring jurisdiction on federal courts are to be strictly construed and doubts resolved against federal court's jurisdiction. Aetna Ins. Co. v. Chicago R.I. & P.R.R., 229 F.2d 584 (10th Cir.); Hely v. Ratta, 292 U.S. 263, 54 S.Ct. 700, 78 L.Ed. 1248." From F & S Contr. Co. v. Jensen, 337 F.2d 160, 161-162, (10th Cir.1963).

I offer as additional proof the two Verified Criminal Complaints which I filed as required under 18 USC 4 to notify competent authorities of felony violations by the IRS and DOJ which include 18 USC 3, 4, 241, 242, 876 (d), 880, 1341, 1343, 1623, 1951 (a), 1962 (c) and (d) and 26 USC 7214. These complaints were mailed to the Grand Jury on 3 separate occasions, the DOJ can't and never have refuted these violations, their actions continue unabated and still no one in authority will act on the citizen's behalf, and all the while Government remains silent. Shades of Harry Truman.

"Dictatorship ... is founded on the doctrine that the individual amounts to nothing ... the State is the only thing that counts"

"If we don't have a proper fundamental moral background, we will finally end up with a totalitarian government which does not believe in rights for anybody except the State!"

Harry S Truman

By remaining silent the IRS and DOJ know I have broken no law. The charging statute was maliciously used to violate my Rights and liberty, this **Conspiracy Against Rights**, perpetrated by the IRS and DOJ including Ms Gurgel, Mr Kameros, Mr Langston and others I believe is nothing more than an attempted kidnapping, A CAPITAL OFFENSE ! Worse yet their remaining silent appears to be a tactic simply to make the court complicit. These tyrants have forsaken ethical and moral beliefs. They believe that only force makes right. Defendant's effort to resist and overcome this tyranny is essentially a moral effort and his continued effort to uphold the Oath taken as an Army Officer. The Court deserves better, I deserve better and the Country deserves better.

I reiterate supra that the DOJ has not rebutted that under 4 USC 72 they have zero authority to be here or even talk to me without written authority of congress. Therefore this indictment, is again, without jurisdiction.

The swamp is wide and deep, the DOJ has a lifetimes worth of work to clean up their own house without trying to make criminals out of innocent people who have broken no laws. They should look to former Internal Revenue Manual Chapter 1100 Organization and Staffing, section 1132.75 which stated: The Criminal Investigation Division enforces the criminal statutes applicable to income, estate, gift, employment, and excise tax laws **involving United States citizens residing in foreign countries and nonresident aliens subject to Federal income tax filing requirements,** Defendant does not fall into those category's !

Jurisdictional defects can include the unconstitutionality of the charging statute as applied to a criminal defendant's conduct. (See US v. Mercer, 133 F.Supp. 288, 291 (CA9 1955); US v. Caperell, 938 F.2d 975, 977 (CA9 1991) (citing US v. Montilla, 870 F.2d 549 (CA9 1989) amended at 907 F.2d 115 (CA9 1990)). "Where a court failed to observe safeguards, it amounted to denial of due process of law, court is deprived of juris". Merrit V Hunter, C.A. Kansas 170 F2d 739.

The Indictment presented by the DOJ is defective, section 7201 and 7203 are penalty statutes that the government is skipping right over where they attempt to identify an actual violation of law to charge Defendant with. They intentionally skip right over the requirement to explain what actual statutory violation has occurred, and leap right to the penalty phase. Defendant has the right to demand to know what the underlying statutory infraction is that has caused and justified the invocation of this penalty statute. What statutory violations the IRS has based the penalty charge on? Obviously by their silence neither the DOJ nor the IRS can site a statutory violation upon which the penalty is based, given the facts herein.

     A federal court is required to determine jurisdiction sua sponte. (See City of Kenosha v. Bruno, 412 US 507, 511, 37 L.Ed.2d 109, 93 S.Ct. 2222 (1973); Washington Local v. International Brotherhood of Boilermakers, 621 F.2d 1032, 1033 (CA9 1980); Hoohi v. Ariyoshi, 741 F.2d 1169 (CA9 1984); Arizona Life v. Stanton, 515 F.3d 956, 962 (CA9 2008)). A court must determine whether jurisdiction exists pursuant to Article III of the U.S. Constitution, and it must dismiss an action if jurisdiction is lacking. (See Timbisha Shoshone Tribe v. Kennedy, 687 F.Supp.2d 1171 (CA9 2009); Fleck & Assoc. v. City of Phoenix, 471 F.3d 1100 (CA9 2006)). The burden of proving jurisdiction is upon the party asserting it. (See Sissoko v. Rocha, 412 F.3d 1021 (CA9 2004)). Because jurisdiction goes to the power of the court to act, jurisdictional defects cannot be waived and, for the same reason, are not subject to harmless error analysis. (See United States v. Navarro, 959 F.Supp. 1273 (CA9 1977); US v. Ratigan, 351 F.3d 957 (CA9 2003)).

     A district court by definition abuses its discretion when it makes an error of law. (See Koon v. US, 518 US 81, 100 (1996) defendant in Rodney King beating); Strauss v. Comm'r, 635 F.3d 1135, 1137 (CA9 2011 (citing Koon, Id.)). Error is plain where it is "clear and obvious." (See US v. Recio, 371 F.3d 1093, 1100 (CA9 2004) (quoting US v. Fuchs, 218 F.3d 957, 962 (CA9 2000)). A plea of guilty does not waive a claim that the charge is one which the government constitutionally may not prosecute. (See US v. Cortez, 973 F.2d 764, 766-67 (CA9 1992) (citing Menna v. New York, 423 US 61, 62 (1975), and Blackledge v. Perry, 417 US 20, 21 (1974)). The exception is derived from the fact that even though the guilty plea removes the question of the defendant's guilt from the case, the issue of whether the government had the power to bring the charge at all still remains. (See Cortez at 767, citing Menna at 62). "Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but rather, should dismiss the action". Melo V US. 505 F2d 1026

Additionally I reaffirm my previously filed dismissal of Court Appointed Council Mr Borstein on the grounds that he is ineffective as towards my defense for lack of knowledge in the areas of tax law that base my defense, subjects he has never heard before this case and which even the top DOJ attorneys can't explain. His forced continuance in the mater would be an effective "Rush to Judgment".

Mr Borstein cannot and does not represent me.

Your Honor, tear down this indictment!

                                      Respectfully,

                                      Craig R. Walcott

**CERTIFICATE OF SERVICE**

I, Craig R Walcott, certify that a true copy of the attached *Mandatory Judicial Notice and offer of proof* has been served via Mail to the following:

Richard E. Zuckerman
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Andrew J. Kameros
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Craig R. Walcott
Mailing address
590 Hwy 105 #123
Monument CO. 80132

May 17th 2018